IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH ANTHONY TAYLOR, | No. C 13-4118 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DARRYL G. LEWIS, | |
| Respondent. | |

Pursuant to the order denying the petition, judgment is entered in favor of respondent

**IT IS SO ORDERED.**

Dated: September  24 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE