**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8
9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

12   RALPH ANTHONY TAYLOR,                     No. C 13-4118 WHA (PR)

13             Petitioner,                     **JUDGMENT**

14      v.

15   DARRYL G. LEWIS,

16             Respondent.
                                    /
17

18        Pursuant to the order denying the petition, judgment is entered in favor of respondent

19   **IT IS SO ORDERED.**

20
     Dated: September __24__, 2013.
21                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28